# KERN & HILLMAN, LLC

SCOTT C. KERN                                                                                      scott@franchiselawsource.com
ALLAN P. HILLMAN                                                                                   allan@franchiselawsource.com



**Filed Electronically**

February 7, 2013

Honorable Catherine C. Blake
United States Courthouse
101 West Lombard Street
Baltimore MD 21201

**Re:**     **TECH USA, Inc. et al, v. Jason R. Beck et al, Civil Action no. CCB-12-3192**

Dear Judge Blake:

I am writing on behalf of the parties, with the kind concurrence of Defendants' counsel Mr. Schwartz. In accordance with counsels' communication with Chambers, I am filing a proposed Stipulation and Order Staying Case for Mediation and Deferring Modifications of Amended Scheduling Order.

We hope the Court will consider with favor our request for immediate mediation and deferral of the Scheduling Order. If it does not, however, Chambers suggested we advise the Court of any changes to the Scheduling Order we propose and answer the Court's questions in its letter of January 23, 2013.

The parties have agreed on all these matters. As noted, we seek a settlement conference, now, at the outset. We see the need for ESI discovery. We do not consent to have the entire case proceed before a Magistrate. We seek thirty hours each for depositions.

We seek the following Amended Schedule, if the Court declines our request to refer the case now to a Magistrate for mediation.

| Present Date | Deadline | Proposed New Date |
| --- | --- | --- |
| February 6, 2013 | Deadline for requests for modification of initial Scheduling Order | February 12, 2013 |
| February 6, 2013 | Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered.) | February 12, 2013 |
| February 6, 2013 | Report about deposition hours | February 12, 2013 |
| February 6, 2013 | Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge | February 12, 2013 |

| | | |
|---|---|---|
| February 6, 2013 | Deadline for conference about discovery of electronically stored information. (If either or both parties intend to take such discovery, before the conference counsel should review the Suggested Protocol for Discovery of Electronically Stored Information prepared by a Joint bench/bar committee published on the court's website.) | February 12, 2013 |
| March 11, 2013 | Moving for joinder of additional parties and amendment of pleadings | No Change |
| March 25, 2013 | Plaintiff's Rule 26(a)(2) disclosures | April 5, 2013 |
| April 23, 2013 | Defendant's Rule 26(a)(2) disclosures | May 3, 2013 |
| May 7, 2013 | Plaintiff's rebuttal Rule 26(a)(2) disclosures | May 17, 2013 |
| May 14, 2013 | Rule 26(e)(2) supplementation of disclosures and responses | May 29, 2013 |
| June 7, 2013 | Discovery deadline; submission of status report | June 21, 2013 |
| June 14, 2013 | Requests for admission | June 28, 2013 |
| July 8, 2013 | Dispositive pretrial motions deadline | August 24, 2013 |

Respectfully yours,

Allan P. Hillman

Cc   Kip Schwartz, Esquire (with enclosure, filed)
     Grover C. Outland. III, Esquire (with enclosure, filed)